UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANIS AND GREGORY KAIGHN<br><br>*Plaintiffs*,<br><br>v.<br><br>DEMOCRATIC NATIONAL COMMITTEE and REPUBLICAN NATIONAL COMMITTEE,<br><br>*Defendants*. | Civil Action No. 16-8107<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

This matter comes before the Court on Janis and Gregory Kaighn's ("Proposed Intervenors") motion to intervene in a pending lawsuit between the Democratic National Committee and the Republican National Committee, Civil Action Number 81-3876; and the Court having fully considered the motion pursuant to Federal Rule of Civil Procedure 78; and for the reasons stated in the Court's Opinion accompanying this Order; and for good cause shown;

**IT IS** on this 3rd day of November, 2016,

**ORDERED** that the Proposed Intervenors' motion is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court is directed to send a copy of this Order and the accompanying Opinion to the Character and Fitness Committee of the State Bar of California as to Gregory Kaighn; and it is further

**ORDERED** that the Clerk of the Court is directed to terminate the motion [D.E. 1] and close this case.

_____
John Michael Vazquez, U.S.D.J.